UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALICE GALLARDO,                                            Case No. 11-10695

        Plaintiff,                                  SENIOR U.S. DISTRICT JUDGE
v.                                                         ARTHUR J. TARNOW

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [12]

On April 2, 2012, Magistrate Judge Whalen issued a Report and Recommendation [12] that Defendant's Motion for Summary Judgment [10] should be granted and that Plaintiff's Motion for Summary Judgment [9] should be denied. No objection to the Report and Recommendation was filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

    Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment [10] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [9] is **DENIED**.

**SO ORDERED**.

                                  s/Arthur J. Tarnow
                                  ARTHUR J. TARNOW
                                  SENIOR U.S. DISTRICT JUDGE

Dated: May 8, 2012

---

**CERTIFICATE OF SERVICE**

I hereby certify on May 8, 2012 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on May 8, 2012: **None.**

                                  s/Michael E. Lang
                                  Deputy Clerk to
                                  District Judge Arthur J. Tarnow
                                  (313) 234-5182